UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 3:11-CR-00628-JFA |
| | ) | |
| v. | ) | |
| | ) | |
| CONSTANCE DENISE JACKSON | ) | <u>ORDER</u> |

And now, this 13th day of December, 2012, the within Motion is granted, and it is hereby ordered and decreed that Information Number 3:11-CR-00628 against the defendant, CONSTANCE DENISE JACKSON, be and the same is hereby dismissed without prejudice.

IT IS SO ORDERED.

December 13, 2012  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge